## Fourth Department, August, 1941.
### (August 20, 1941.)

In the Matter of the Application of Joseph F. Longhway, Chairman, etc., Respondent, for an Order under Article 78 of the Civil Practice Act, against Nelson B. Hall, City Clerk of the City of Oswego, Appellant, and John F. Otis and Willard Barker, Commissioners, Defendants.— Order reversed on the law, without costs, and proceeding dismissed, without costs. All concur, except Harris, J., who dissents and votes for affirmance of the order on the ground that in using the words " when a vacancy shall occur otherwise than by expiration of term," the Legislature meant that the vacancy which is to be filled by election as provided by section 7 of Oswego City Court Act [Laws of 1933, chap. 747] is a vacancy consisting of the unexpired portion of the term of four years. (The order directs the Oswego city clerk to file with the Oswego county board of elections a certificate certifying that the office of city judge of Oswego should be voted for at the November 4, 1941, general election in a proceeding under article 78 of the Civil Practice Act.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

## First Department, September, 1941.
### (September 9, 1941.)

In the Matter of the Application of Eugene J. Finnegan, Petitioner, Appellant, for an Order Declaring Insufficient, Invalid, Illegal, Fraudulent, Perjured, and Void, the Alleged Petition Known as the Arthur J. W. Hilly Petition Purporting to Designate Candidates for Members of the Democratic County Committee in the 1 Through 56, Inclusive, Election Districts of the 11th Assembly District, New York County, against S. Howard Cohen and Others, They Constituting the Board of Elections in the City of New York, and Arthur J. W. Hilly, Being the First Person Named on the Committee to Fill Vacancies in the Said Alleged Designating Petitions, Respondents.

Appeal by the petitioner from an order of the Supreme Court, entered in the New York county clerk's office on September 6, 1941, denying petitioner's motion to strike out certain petitions for county committeemen.

Order affirmed, without costs. (See Matter of Holley [Rittenberg], 268 N. Y. 484.) Leave to appeal to the Court of Appeals granted.

Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to reverse and grant the motion; dissenting opinion by O'Malley, J. [177 Misc. 142.]

O'Malley, J. (dissenting). The petitoner-appellant herein did not consent to the declinations. In this respect at least the situation differs from that presented in Matter of Holley (Rittenberg) (268 N. Y. 484). I, accordingly, dissent upon the authority of Matter of Powers v. Coughlin (268 N. Y. 623), and vote for reversal of the order appealed from.